| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | CYNTHIA C. LIE |
| | Assistant Federal Public Defender |
| 3 | 160 West Santa Clara Street, Suite 575 |
| | San Jose, CA 95113 |
| 4 | Telephone: (408) 291-7753 |
| 5 | Counsel for Defendant BENITEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR-07-00243 RMW |
| --- | --- | --- |
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS HEARING RE: REVOCATION OF |
| vs. | ) ) | SUPERVISED RELEASE |
| SAMUEL BENITEZ et al., | ) ) | |
| Defendants. | ) ) | |

    Defendant Samuel Benitez and the government hereby stipulate and agree that the status hearing in the above-captioned matter may be continued from Tuesday, January 3, 2012, to Monday, March 5, 2012, at 9:00 a.m. The reason for the requested continuance is that the jury trial of the misdemeanor charge on which the instant revocation proceeding is based has been continued in the Santa Clara County Superior Court to February 27, 2012.

    The United States Probation Office has been consulted as to the proposed continuance and has no objection.

Dated: December 21, 2011

                      s/_____
                      JEFFREY B. SCHENK
                      Assistant United States Attorney

Stipulation to Continue Status Hearing
CR 07-00243 RMW                              1

1  Dated: December 21, 2011

2                                          s/_____
                                           CYNTHIA C. LIE
3                                          Assistant Federal Public Defender

Stipulation to Continue Status Hearing
CR 07-00243 RMW                                    2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-07-00243 RMW |
| Plaintiff, | ) ) | QTFGT TO CONTINUE STATUS HEARING RE: REVOCATION OF SUPERVISED RELEASE |
| vs. | ) ) | |
| SAMUEL BENITEZ et al., | ) ) | |
| Defendants. | ) ) | |

Good cause appearing and by stipulation of defendant Samuel Benitez and the government, it is hereby ordered that the status hearing in the above-captioned matter shall be continued from Tuesday, January 3, 2012, to Monday, March 5, 2012, at 9:00 a.m.

Dated: December __GF__, 2011

_Ronald M. Whyte_
HON. RONALD M. WHYTE
United States District Judge

[Proposed] Order to Continue Status Hearing
CR 07-00243 RMW                1